United States Bankruptcy Court
The Honorable Judge Jim D Pappas
District of Idaho
550 West Fort Street
Boise, Idaho 83724

U.S. COURTS

JAN 02 2018

Rcvd_____ Filed __qp__ Time _12:00_
STEPHEN W. KENYON   US Mail
CLERK, DISTRICT OF IDAHO

Ref: Case No. 17-40992-JDP

Dear Judge Pappas,

      My name is Robert E Edwards, I am one of the victims of Paul Hathaway and Mikki Hathaway. First I must say, they both totally fooled me and my friend who was with me at the time of the meeting. Like many of his victims I am in my 60's, 66 to be exact. Over the last couple of months I have taken the time to talk to two more of his victims. Both people who I spoke with said the very same thing that I earlier mentioned to you, Paul Hathaway has a great ability to project he is a wholesome person who has only your interest in mind. The unfortunate fact we now know is this is not true.

      I am writing you this letter in hope that you can fully understand the damage this man has done to so many people over the years. First I filed through my attorney a civil case against Hathaway Homes. My contract with Paul Hathaway was for $199,800. I sent Paul Hathaway two checks one for $35,000 to purchase the land I wanted and one for $50,000 to order the house and get things started. Needless to say Paul Hathaway took my money and did nothing.

      This was my life savings. I cannot get a job again due to an unfortunate accident I had in April 2012, in that accident I broke my neck due to the negligence of a restaurant. Before that happened I was an employee of The National Park Service. I totally loved my job and looked forward to going to work every day. When there was a problem or an injury to a park visitor, I was always ready to help. When Hurricane Katrina hit New Orleans I volunteered to go on a fire crew there to help. The strength of this country is the people who are willing to put it on the line when others are in dire need. As it is now due to Paul Hathaway, I am the person in need. Due to my injury and huge medical bills, I pretty much lost everything I had, to try and get better. I went through a total f seven operations,

      My attorney Mr Erickson had Paul Hathaway do a deposition prior to him filing bankruptcy. I have read this deposition and read the bankruptcy papers. I find it ironic that Paul Hathaway is telling two completely different stories. After reading the paperwork filed by the Attorney Generals office of Idaho I can see that the state Attorney General clearly knows that Paul Hathaway has committed fraud. He took the money of many people systematically with no intention of honoring the contract with any of us. To me this is a criminal act, and these two criminals should never be allowed to walk away from this. Therefore I truly hope you will allow the Attorney Generals Office in Idaho to continue the investigation into Paul & Mikki Hathaway. From what I have learned about this man in the past year, I have no doubt that he has withheld information from the Court involving his case.

      My bottom line is this, what am I to do now? I am 66 and will end up homeless this spring or summer, while Paul and Mikki Hathaway will continue to take in there $3,000 a month pay. I am out my initial $85,000. I am out the expenses that I put in to find where I wanted to live out my life. I am out the money for the Geo-Thermal heating and cooling system I was to put in my home. I am out of 15 months of additional rent I have had to pay. This is not even to mention the legal expenses I am out. With all these expenses added up, it would come to near $300,000. What did I do to deserve this?

      Then there is the other families who I have talked to. Sir, I am not questioning your ruling, what I am questioning is did you have all the information to be able to rule properly. In my feelings, Paul & Mikki Hathaway should have to sell everything they have to pay back their victims, and be criminally charged for intentionally committing fraud. There is no doubt that Paul Hathaway has lied under oath. I would gladly get his deposition to you and you would clearly see this.

    After all of this has taken place over the last few years, Paul Hathaway has a terrible reputation with Realestate people throughout Idaho and Montana. Now that more very negative information has come out on the internet, how can this man operate a profitable business. No prospective client would trust him. From my many years of working with the public I know if people cannot trust you, your business is over with.

    Your Honor, I personally plead with you, please put the victims of this criminal first. All of us were just looking for a home to live in. We were not out to hurt anyone. Paul & Mikki Hathaway fully knew what they were doing was wrong. The new excuse that he has a gambling problem only justifies that he was fully aware that he was defrauding people and did not care. To reward this man and woman in any way is a travesty to justice. Paul & Mikki Hathaway did not get in a bind with Hathaway Homes due to not being able to deliver on time. They got in a bind because they wanted to live the high life with other people's life savings. To me there is little difference between what the Hathaway's have done and what a bank robber does. To steal people money is wrong. As in the Ten Commandments it says, Thou Shall not bear false witness and Thou Shall not Steal.

    Thank you very much for your time Your Honor

    Sincerely

    Robert E Edwards

7336 Jackson Drive
King George, Virginia 22485
Travler7644@yahoo.com
828-279-1984