Dear Honorable Judge Joseph M Meier,

The community is confused how Paul & Mikki Hathaway whom are in Bankruptcy Personally, Hathaway Home Group & All Terrain can afford go on a week-long cruise to the Bahamas the week of January 27th – February 2nd 2019.

17-40989-JMM
17-40992-JMM
17-40999-JMM

Sincerely,

The Concerned Citizens of Fremont County

U.S. COURTS
FEB -8 2019
Rcvd____ Filed____ Time 10:51a
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

 parkermaleri



1 like

**parkermaleri** Not sure we will be able to top this trip but I'd give it a shot 😆 Is that monkey not the cutest thing?!

9 MINUTES AGO