**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Hathaway Homes Group, LLC ) | Case Number: 17−40992−JMM |
| 2155 S Yellowstone Hwy ) | |
| Saint Anthony, ID 83445 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: ) | |
| Employer's Tax I.D. No.: 46−2429684 ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee's Final Account and Distribution Report having been considered and found to be in proper order;

IT IS ORDERED that the accounts of said Trustee are APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect and the case is CLOSED.

Dated: 8/17/23

Stephen W Kenyon  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

| | |
|---|---|
| In re: | Case No. 17-40992-JMM |
| Hathaway Homes Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0976-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 17, 2023 | Form ID: odaptrsp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hathaway Homes Group, LLC, 2155 S Yellowstone Hwy, Saint Anthony, ID 83445-5745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron J Tolson | on behalf of Defendant Three D Trenching and Drilling LLC ajt@aaronjtolsonlaw.com |
| Aaron J Tolson | on behalf of Debtor Hathaway Homes Group LLC ajt@aaronjtolsonlaw.com |
| Andrew Seth Jorgensen | on behalf of U.S. Trustee US Trustee andrew.jorgensen@usdoj.gov |
| Brent Russel Wilson | on behalf of Creditor NextGear Capital Inc. bwilson@hawleytroxell.com, randerson@hawleytroxell.com |
| Brent Russel Wilson | on behalf of Creditor Paragon Financial Investments LLC bwilson@hawleytroxell.com randerson@hawleytroxell.com |
| Brian T Tucker | on behalf of Creditor MAM Revocable Trust U/A/D Feb 5 2008 bttucker@nhptlaw.net |

| | | |
|---|---|---|
| District/off: 0976-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 17, 2023 | Form ID: odaptrsp | Total Noticed: 1 |

Brian W Hockett
    on behalf of Creditor TCF Equipment Finance bhockett@thompsoncoburn.com

Brian W Hockett
    on behalf of Defendant TCF Inventory Finance Inc. bhockett@thompsoncoburn.com

Daniel C Green
    on behalf of Creditor TAG Lending LLC dan@racineolson.com, mcl@racinelaw.net

David Wayne Newman
    on behalf of U.S. Trustee US Trustee david.w.newman@usdoj.gov ustp.region18.bs.ecf@usdoj.gov

Gary L Rainsdon
    on behalf of Auctioneer U.S. Auction LLC trustee@atcnet.net id12@ecfcbis.com;lorir@atcnet.net

Gary L Rainsdon
    trustee@atcnet.net id12@ecfcbis.com;lorir@atcnet.net

Gary L Rainsdon
    on behalf of Trustee Gary L Rainsdon trustee@atcnet.net id12@ecfcbis.com;lorir@atcnet.net

Hyrum Dean Erickson
    on behalf of Defendant Brian Schuldies herickson@rex-law.com

Hyrum Dean Erickson
    on behalf of Interested Party Brian Schuldies herickson@rex-law.com

Hyrum Dean Erickson
    on behalf of Creditor Robert Edwards herickson@rex-law.com

Jacob Scott Wessel
    on behalf of Creditor Ronald Nelson jwessel@thomsenstephenslaw.com

Janine P Reynard
    on behalf of Creditor Northpoint Commercial Finance LLC janine@reynardtrustee.com
    jreynard@ecf.axosfs.com;reynardtrustee@gmail.com

Janine Patrice Reynard
    on behalf of Creditor Northpoint Commercial Finance LLC janine@averylaw.net
    averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com

Jared Michael LeFevre
    on behalf of Creditor 21st Century Mortgage Corporation jlefevre@crowleylaw.com acowen@crowleyfleck.com

Jason Ronald Naess
    on behalf of Defendant Hathaway Homes Group LLC jason@pmt.org

Jason Ronald Naess
    on behalf of Trustee Gary L Rainsdon jason@pmt.org

Jason Ronald Naess
    on behalf of Plaintiff Gary Rainsdon jason@pmt.org

Jason Ronald Naess
    on behalf of Plaintiff Gary L. Rainsdon jason@pmt.org

Jay A Kohler
    on behalf of Defendant Jennifer Wagoner paralegal@kohlerlawif.com jaykohler@live.com

Jay A Kohler
    on behalf of Interested Party All Terrain LLC paralegal@kohlerlawif.com jaykohler@live.com

Jay A Kohler
    on behalf of Defendant Matthew Wagoner paralegal@kohlerlawif.com jaykohler@live.com

Jay A Kohler
    on behalf of Defendant Michael Leonardson paralegal@kohlerlawif.com jaykohler@live.com

Louis V. Spiker
    on behalf of Creditor Northpoint Commercial Finance LLC lvs@johnsonmaylaw.com lvs.eserve@johnsonmaylaw.com

Louis Vaughn Spiker
    on behalf of Defendant Northpoint Commercial Finance lvs@johnsonmaylaw.com lvs.eserve@johnsonmaylaw.com

Mary P Kimmel
    on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov

Matthew T. Christensen
    on behalf of Creditor TCF Equipment Finance mtc@johnsonmaylaw.com
    mtcecf@gmail.com;klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

Michael J Whyte

| | | |
|---|---|---|
| District/off: 0976-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 17, 2023 | Form ID: odaptrsp | Total Noticed: 1 |

on behalf of Plaintiff KP Investments  LLC whyte@thwlaw.com, stark@thwlaw.com

Michael J Whyte
    on behalf of Plaintiff Robert Nelson whyte@thwlaw.com  stark@thwlaw.com

Michael J Whyte
    on behalf of Plaintiff Janet Nelson whyte@thwlaw.com  stark@thwlaw.com

Noah G. Hillen
    ngh@hillenlaw.com  dlr@hillenlaw.com;sellassets@ecf.inforuptcy.com;ID14@ecfcbis.com

Noah G. Hillen
    on behalf of Creditor Noah G. Hillen ngh@hillenlaw.com  dlr@hillenlaw.com;sellassets@ecf.inforuptcy.com;ID14@ecfcbis.com

R Ron Kerl
    on behalf of Creditor Preston Mobile Investments  LLC Ron@cooper-larsen.com, lanna@cooper-larsen.com

R Ron Kerl
    on behalf of Creditor Jodie Lemon   lanna@cooper-larsen.com

Rhett Michael Miller
    on behalf of Plaintiff Gary L. Rainsdon rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Trustee Gary L Rainsdon rmiller@magicvalley.law

Rhett Michael Miller
    on behalf of Accountant Tristan John rmiller@magicvalley.law

Robert A Faucher
    on behalf of Creditor Philip Thorson rfaucher@hollandhart.com  boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert A Faucher
    on behalf of Creditor John Thorson rfaucher@hollandhart.com  boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Robert A Faucher
    on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION rfaucher@hollandhart.com  boiseintaketeam@hollandhart.com;spturner@hollandhart.com

Sheila Rae Schwager
    on behalf of Creditor NextGear Capital  Inc. sschwager@hawleytroxell.com, amay@hawleytroxell.com;jbrocious@hawleytroxell.com

Stephanie Nicole Guyon
    on behalf of Interested Party State of Idaho stephanie.guyon@ag.idaho.gov  Teresa.taylor@ag.idaho.gov

Stephen A Meikle
    on behalf of Defendant Ryan Ellis Construction  Inc. smeikle@meiklelaw.net, rachelle@meiklelaw.net

Stephen A Meikle
    on behalf of Creditor Ryan Ellis Construction  Inc. smeikle@meiklelaw.net, rachelle@meiklelaw.net

Stephen J Blaser
    on behalf of Defendant Independent Drilling Inc. steve@bollaw.net

Stephen Kent Madsen
    on behalf of Interested Party Paul J Hathaway smadsen@olsentaggart.com  rparson@olsentaggart.com;taggartoffice01@gmail.com

Steven L Taggart
    on behalf of Interested Party Paul J Hathaway staggart@olsentaggart.com  rparson@olsentaggart.com;Taggartoffice01@gmail.com;rlyon@olsentaggart.com

Steven L Wetzel
    on behalf of Creditor Steven L Wetzel slwpa@cableone.net  slwpa2@gmail.com

Steven L Wetzel
    on behalf of Creditor Trudi West slwpa@cableone.net  slwpa2@gmail.com

Steven L Wetzel
    on behalf of Creditor James (Turk) McMurtrey slwpa@cableone.net  slwpa2@gmail.com

Trevor L Hart
    on behalf of Creditor Wells Fargo Bank  N.A. tlh@perrylawpc.com, jks@perrylawpc.com;mbp@perrylawpc.com;taw@perrylawpc.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

William R Forsberg
    on behalf of Interested Party Wade Hathaway forsbergw@cableone.net  krmunoz@forsberglawoffices.com;forsergwr82697@notify.bestcase.com

District/off: 0976-4 User: admin Page 4 of 4
Date Rcvd: Aug 17, 2023 Form ID: odaptrsp Total Noticed: 1
TOTAL: 58